# IN THE SUPREME COURT OF ALABAMA



April 25, 2025

**SC-2024-0081**

Derrick Crenshaw, as parent and next friend of Iyana Crenshaw, a minor v. Sonic Drive In of Greenville, Inc. (Appeal from Butler Circuit Court: CV-23-900074).

## <u>CERTIFICATE OF JUDGMENT</u>

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on April 25, 2025:

**APPLICATION OVERRULED. NO OPINION.** Bryan, J. -- Stewart, C.J., and Shaw, Wise, Sellers, Mendheim, Mitchell, and McCool, JJ., concur. Cook, J., recuses himself.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on December 6, 2024:

**AFFIRMED.** Bryan, J. -- Parker, C.J., and Shaw, Wise, Sellers, Mendheim, and Stewart, JJ., concur. Mitchell, J., concurs specially, with opinion. Cook, J., recuses himself.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**